187 So.2d 740

**STATE of Louisiana ex rel.**
**Arlo W. KIMBALL**

v.

**Henry A. REID, Jr., Sheriff.**

No. 48285.

June 30, 1966.

In re: Arlo W. Kimball applying for writ of habeas corpus.

The application is denied. The showing made here does not warrant the exercise of our supervisory jurisdiction.

187 So.2d 740

**CITY OF NEW ORLEANS**

v.

**Clifton GUICE.**

No. 48293.

June 30, 1966.

In re: Clifton Guice applying for writ of certiorari.

Writ refused. No error of law in the judgment complained of.